IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROBIN M. CLARK-TILLEY, # 226029, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NO. 1:09-cv-522-ID |
| ) | [WO] |
| ) | |
| CYNTHIA S. WHEELER-WHITE, *et al.*, ) | |
| ) | |
| Respondents. ) | |

**ORDER**

The Magistrate Judge entered a Recommendation (Doc. #19) in this case to which no timely objections have been filed.  After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted.  Accordingly, it is

ORDERED that the RECOMMENDATION (Doc. #19) of the Magistrate Judge is ADOPTED.  The petition pursuant to 28 U.S.C. § 2254 is DISMISSED without prejudice to afford Petitioner an opportunity to exhaust all state court remedies.  A separate judgment shall issue.

Done this 30th day of October, 2009.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE