IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

ROBIN M. CLARK-TILLEY, # 226029,   )
                                   )
        Petitioner,                )
                                   )
v.                                 )                    CASE NO. 1:09-cv-522-ID
                                   )                         [WO]
                                   )
CYNTHIA S. WHEELER-WHITE, *et al.*, )
                                   )
        Respondents.               )

## JUDGMENT

In accordance with the prior proceedings, opinions and orders of the Court, it is

ORDERED and ADJUDGED that judgment is entered in favor of Respondents.

The clerk of the court is directed to enter this document on the civil docket as a

final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this 30th  day of October, 2009.

                            /s/ Ira DeMent
                            SENIOR UNITED STATES DISTRICT JUDGE